**FORM 9**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No.  10-54684 |
| | : | |
| Rolanda N. Lindsey | : | Chapter 7 |
| | : | |
| | : | Judge Caldwell |
| Debtor(s) | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED**
**DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $9.34 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Time Warner Cable 11252 Cornell Park Dr. Cincinnati, Ohio 45242 | 1 | $2.09 |
| Victor E. Payton MD c/o Credit Collection Service 164 S. Main St. Madison, GA 30650-1352 | 2 | $3.92 |
| Ginny's c/o Creditors Bankruptcy Service PO BOX 740933 Dallas, TX 75374 | 7 | $3.33 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|

$9.34 _____ _____                    $_____


Dated:  August 5, 2011                  Case Trustee:/s/Christal L. Caudill
                                        Christal L. Caudill
                                        2130 Arlington Ave.
                                        Columbus, Ohio 43221




cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215